EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Roberto A. Morales Román | 2026 TSPR 44<br><br>218 DPR ___ |

Número del Caso: TS-20,721

Fecha: 30 de abril de 2026

Representante legal del peticionario:

   Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

Roberto A. Morales Román

TS-20,721

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de abril de 2026.

Examinada la *Solicitud de cambio de estatus a abogado activo,* presentada por el Sr. Roberto A. Morales Román, se da por cumplido lo ordenado por este Tribunal en la Resolución de 18 de diciembre de 2025 y, en consecuencia, se autoriza la readmisión del licenciado Morales Román, a la práctica de la abogacía.

Se ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Morales Román actualizar su información de contacto en el RUA.

Asimismo, se le apercibe que deberá presentar, en o antes del 31 de diciembre de 2026, la Certificación de cumplimiento con la Resolución ER-2025-02 y el certificado de participación emitido por el proveedor de los cursos.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo